to a third party to be held subject to the control of the grantor. *Prutsman v. Baker,* 30 Wis. 644; *Butts v. Richards,* 152 Wis. 318, 140 N. W. 1.

*By the Court.*—Judgment affirmed.


PADDEN, Appellant, vs. PADDEN and another, Respondents.

*March 9—April 6, 1920.*

*Padden v. Padden, ante,* p. 212, followed.

APPEAL from a judgment of the circuit court for St. Croix county: GEORGE THOMPSON, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Varnum & Kirk* of Hudson, and oral argument by *W. R. Kirk* and *N. O. Varnum.*

For the respondents there was a brief by *McNally & Doar* of New Richmond, and oral argument by *W. T. Doar.*

VINJE, J. This case is ruled by the case of *Padden v. Padden, ante,* p. 212, 177 N. W. 22.

*By the Court.*—Judgment affirmed.


WILL OF BAIRD: SCRUTON, Appellant, vs. WIGER, Administrator, and another, Respondents.

*March 9—April 6, 1920.*

*Wills: Construction: Devise to wife during widowhood: Estate conveyed.*

A clause in a will devising lands to testator's wife "so long as she remains my widow" is construed to convey a fee subject to be divested upon the remarriage of the widow; sec. 2278, Stats. (declaring that every devise of land shall be construed to convey all the estate of the devisor therein unless it shall clearly appear by the will that a less estate was intended), giving to the devise the same effect as if words of inheritance had been used.

APPEAL from a judgment of the circuit court for Pierce county: GEORGE THOMPSON, Circuit Judge. *Affirmed.*

Construction of will. Robert Baird died testate on the